# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN VARELA-RODRIGUEZ, | Case No. 1:26-cv-04804-KES-SAB-HC |
| Petitioner, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| WARDEN, CALIFORNIA CITY DETENTION CENTER, | |
| Respondent. | |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 23, 2026, Petitioner filed a petition for writ of habeas corpus, and Respondent filed a motion to dismiss on June 29, 2026. (ECF Nos. 1, 8.)

Accordingly, the Court HEREBY ORDERS that:

1. Within twenty-one (21) days of the date of service of this order, Petitioner SHALL FILE an opposition or statement of non-opposition to the motion to dismiss; and

2. Any reply to an opposition to the motion to dismiss SHALL be filed within fourteen (14) days after the opposition has been filed in CM/ECF.

IT IS SO ORDERED.

Dated:   **July 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1